# UNITED STATES DISTRICT COURT
for the
Southern District of New York

| | |
|---|---|
| Kamilah Jolly<br>*Plaintiff*<br>v.<br>FurtherEd, Inc., d/b/a Lawline<br>*Defendant* | Case No. 1:24-cv-06401-LJL |

**APPEARANCE OF COUNSEL**

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Plaintiffs Kamilah Jolly, Diego Alvarez-Miranda Ezpeleta and the Putative Class.

Date: 10/21/2024

/s/Matthew J. Langley
*Attorney's signature*

Matthew J. Langley (SBN 4831749)
*Printed name and bar number*

ALMEIDA LAW GROUP LLC
849 W. Webster Avenue
Chicago, Illinois 60614
*Address*

matt@almeidalawgroup.com
*E-mail address*

(954) 579-0027
*Telephone number*

*FAX number*