UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

KAMILAH JOLLY, DIEGO ALVAREZ-MIRANDA EZPELETA, individually and on behalf of all others similarly situated,

        Plaintiffs,

v.

FURTHERED, INC. d/b/a LAWLINE,

        Defendant.

Case No. 1:24-cv-06401-LJL

**MOTION FOR ADMISSION PRO HAC VICE**

---

Pursuant to Rule 1.3 of the Local Rules of the United States Courts for the Southern and Eastern Districts of New York, Grecia Rivas-Rudra hereby moves this Court for an Order of Admission to practice *Pro Hac Vice* and to appear as counsel for Defendant FurtherEd, Inc. d/b/a Lawline, in the above-captioned action.

I am a member in good standing of the Bar of the State of California, and there are no pending disciplinary proceedings against me in any state or federal court. I have never been convicted of a felony. I have never been censured, suspended, disbarred, or denied admission or readmission by any court. I have attached the affidavit pursuant to Local Rule 1.3.

Dated: October 30, 2024

Respectfully submitted,

By _/s/ Grecia Rivas-Rudra_
Grecia Rivas-Rudra
MINTZ LEVIN COHN FERRIS
GLOVSKY AND POPEO, P.C.
2049 Century Park East. Suite 300
Los Angeles, CA 90067
Telephone: (310) 586-3200
Facsimile:  (310) 586-3202
garivas@mintz.com

1