UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------------------------

KAMILAH JOLLY, DIEGO ALVAREZ-
MIRANDA EZPELETA, individually and on behalf     Case No. 1:24-cv-06401-LJL
of all others similarly situated,

                                 **AFFIDAVIT OF GRECIA RIVAS-RUDRA**
              Plaintiffs,         **IN SUPPORT OF MOTION FOR**
     v.                           **ADMISSION PRO HAC VICE**

FURTHERED, INC. d/b/a LAWLINE,

              Defendant.

-----------------------------------------------------------------------

       Pursuant to Rule 1.3 of the Local Rules of the United States Courts for the Southern and Eastern

Districts of New York, I, Grecia Rivas-Rudra, do hereby declare under penalty of perjury, as follows:

1. I am a member in good standing of the Bar of the State of California (attached hereto as

   **Exhibit A**).

2. There are no pending disciplinary proceedings against me in any state or federal court.

3. I have never been convicted of a felony.

4. I have never been censured, suspended, disbarred or denied admission or readmission by

   any court.

       I declare number penalty of perjury under the laws of the United States that the foregoing is true

and correct.  Executed on October 30 , 2024 in San Diego, California.

Grecia Rivas-Rudra
(CA Bar No. 333971)
MINTZ LEVIN COHN FERRIS
GLOVSKY AND POPEO, P.C.
2049 Century Park East. Suite 300
Los Angeles, CA 90067
Telephone: (310) 586-3200
Facsimile:  (310) 586-3202
garivas@mintz.com
*Attorneys for Defendant FurtherEd, Inc. d/b/a Lawline*

1

## CALIFORNIA ACKNOWLEDGEMENT

A NOTARY PUBLIC OR OTHER OFFICER COMPLETING THIS CERTIFICATE VERIFIES ONLY THE IDENTITY OF THE INDIVIDUAL WHO SIGNED THE DOCUMENT TO WHICH THIS CERTIFICATE IS ATTACHED, AND NOT THE TRUTHFULNESS, ACCURACY OR VALIDITY OF THAT DOCUMENT.

STATE OF CALIFORNIA    )
                       )
COUNTY OF SAN DIEGO    )

On _October 30_, 2024, before me, **Tammy J. Benitez**, a Notary Public in and for said County and State, personally appeared _Grecia Rivas-Rudra_, who proved to me on the basis of satisfactory evidence to be the person whose name is subscribed to the within instrument and acknowledged to me that she executed the same in her authorized capacity, and that by her signature on the instrument the person, or the entity upon behalf of which the person acted, executed the instrument.

I certify under PENALTY OF PERJURY under the laws of the State of California that the foregoing paragraph is true and correct.

WITNESS my hand and official seal.

_____
Signature of Notary Public

TAMMY J. BENITEZ
Notary Public - California
San Diego County
Commission # 2481518
My Comm. Expires Mar 10, 2028

(seal)

127873563v.1[she]