UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

KAMILAH JOLLY, DIEGO ALVAREZ-MIRANDA EZPELETA, individually and on behalf of all others similarly situated,

           Plaintiffs,

   v.

FURTHERED, INC. d/b/a LAWLINE,

           Defendant.

---

Case No. 1:24-cv-06401-LJL

**ORDER FOR ADMISSION PRO HAC VICE**

The motion of Grecia Rivas-Rudra for admission to practice Pro Hac Vice in the above captioned action is granted.

Applicant has declared that she is a member in good standing of the Bar of the State of California, and that her contact information is as follows:

   Grecia Rivas-Rudra
   Mintz, Levin, Cohn, Ferris, Glovsky and Popeo, P.C.
   2049 Century Park East, Suite 300
   Los Angeles, CA 90067
   Tel.:  (310) 586-3200
   Fax:  (310) 586-3202
   garivas@mintz.com

Applicant having requested admission Pro Hac Vice to appear for all purposes as counsel for Defendant FurtherEd, Inc. d/b/a Lawline in the above-entitled action;

**IT IS HEREBY ORDERED** that Applicant is admitted to practice Pro Hac Vice in the above captioned case in the United States District Court for the Southern District of New York.  All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys.

Dated: _____                    _____
                                                           Hon. Lewis J. Liman
                                                           United States District Court