UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| KAMILAH JOLLY; DIEGO ALVAREZ-MIRANDA EZPELETA; and VAUGHN BOBB-WILLIS; individually and on behalf of all others similarly situated,<br><br>　　　　　　Plaintiffs,<br>　v.<br><br>FURTHERED, INC. d/b/a LAWLINE, INC.,<br><br>　　　　　　Defendant. | Case No. 1:24-cv-06401-LJL<br><br>**NOTICE OF ATTORNEY APPEARANCE** |

    Julie Holt, Esq., of the law firm Hedin LLP hereby enters her appearance as counsel of record for Plaintiffs Kamilah Jolly, Diego Alvarez-Miranda Ezpeleta, and Vaughn Bobb-Willis in these proceedings. All parties are requested to take notice of the undersigned's appearance and to serve all copies of all filings and other documents upon the undersigned.

Dated: November 20, 2024

Respectfully submitted,

By: _s/ Julie Holt_
　　　Julie Holt

**HEDIN LLP**
Julie E. Holt
jholt@hedinllp.com
1395 Brickell Ave, Suite 610
Miami, Florida 33131
Tel: (305) 357-2107
Fax: (305) 200-8801

_Counsel for Plaintiffs and the Putative Classes_