# ALMEIDA LAW GROUP

David S. Almeida
Founder & Managing Partner
849 W. Webster Avenue
Chicago, Illinois 60614
Direct: (312) 576-3024
david@almeidalawgroup.com

November 27, 2024

**VIA ELECTRONIC FILING (ECF)**

District Judge Hon. Lewis J. Liman
Daniel Patrick Moynihan
United States Courthouse
Courtroom 15C
500 Pearl St.
New York, NY 10007-1312

Defendant's deadline to respond to the amended complaint is extended to January 6, 2025 with Plaintiff's response to any motion to dismiss due January 27, 2025 and Defendant's reply due February 10, 2025.

November 27, 2024

SO ORDERED.

LEWIS J. LIMAN
United States District Judge

Re: *Jolly v. FurtherEd, Inc.*; 1:24-cv-06401-LJL (S.D.N.Y.)

Dear Judge Liman:

    We write on behalf of all parties in accordance with Your Honor's Individual Practices Rule 4.B to explain why certain dates in the simultaneously submitted proposed Case Management Plan and Scheduling Order ("CMP") differ from the default rules listed in the Court's form Case Management Plan and Scheduling Order.

    In the proposed CMP, we are requesting a longer period than stated in the default rules for the deadline to file any amended pleadings (¶ 4) and the deadlines to serve initial requests for production of documents and interrogatories (¶ 7(a) and (b)). Due to the upcoming holiday season, we believe additional time is necessary to ensure the parties can fully comply with the deadlines.

    Additionally, we are requesting fact discovery to be completed by September 8, 2025, and paragraph 7(d) sets the same deadline for depositions. A longer discovery period than the default rule of 120 days is appropriate here in light of the magnitude and complexity of the case, which will involve extensive discovery into technical and electronically stored information. In addition to the substantive complexity, the procedural complexities also warrant additional time to complete discovery. The proposed dates for completion of expert discovery and of all discovery in paragraphs 8 and 9 and for summary judgment motions in paragraph 12 are correspondingly longer as a result of the time needed to complete fact discovery. The parties look forward to discussing these deadlines and the complexities underlying the schedule at the upcoming conference.

    We further write to request an extension to Defendant's deadline to respond to the First Amended Complaint (Dkt. # 14) and briefing schedule on Defendant's potential motion to dismiss. Pursuant to this Court's Order on October 25, 2024 (Dkt. #9), Defendant's date to respond to the Amended Complaint is December 9, 2024. After discussion between the parties, and due to the upcoming holiday season, we believe additional time is necessary to ensure that the parties can fully comply with the deadlines. As such, we propose extending Defendant's deadline to respond

District Judge Hon. Lewis J. Liman
  Re:    *Jolly v. FurtherEd, Inc.*; **1:24-cv-06401-LJL (S.D.N.Y.)**
November 27, 2024
Page 2

to January 6, 2025, with Plaintiff's response to any motion to dismiss due January 27, 2025, and Defendant's reply, February 10, 2025.

| | |
|---|---|
| */s/ Erin E. Galliher* | */s/Julie E. Holt* |
| Erin E. Galliher | ARUN RAVINDRAN |
| **MINTZ LEVIN COHN FERRIS GLOVSKY AND POPEO, P.C.** | JULIE E. HOLT |
| | **HEDIN LLP** |
| 919 Third Avenue | 1395 BRICKELL AVE., SUITE 610 |
| New York, NY 10022 | MIAMI, FLORIDA 33131-3302 |
| Telephone: (212) 935-3000 | TELEPHONE: (305) 357-2107 |
| Facsimile: (212) 983-3115 | FACSIMILE: (305) 200-8801 |
| eegalliher@mintz.com | ARAVINDRAN@HEDINLLP.COM |
| | JHOLT@HEDINLLP.COM |
| Joshua Briones* | |
| Grecia Rivas-Rudra* | **ALMEIDA LAW GROUP LLC** |
| 2049 Century Park East. Suite 300 | MATTHEW J. LANGLEY |
| Los Angeles, CA 90067 | NEW YORK BAR NO. 4831749 |
| Telephone: (310) 586-3200 | DAVID S. ALMEIDA |
| Facsimile: (310) 586-3202 | NEW YORK BAR NO. 3056520 |
| jbriones@mintz.com | 849 W. WEBSTER AVENUE |
| | CHICAGO, ILLINOIS 60614 |
| *Attorneys for Defendant* | TEL: (312) 576-3024 |
| * *Admitted Pro Hac Vice* | E: MATT@ALMEIDALAWGROUP.COM |
| | E: DAVID@ALMEIDALAWGROUP.COM |
| | |
| | *Attorneys for Plaintiffs and the Putative Class* |