# EXHIBIT A



**Exhibit A**