# EXHIBIT B




Lawline BROWSE Search for topics, practice areas or credits LOGIN START FREE TRIAL

ON DEMAND New Plus

# The Impact of Artificial Intelligence on Employment Litigation

1h 3m Created on December 13, 2024 Beginner CC

4.9 ★★★★★ (581 reviews)

COURSE PRICE

$89

- Instant **Certificate** Upon Completion
- Mobile, Desktop and Laptop **Access**
- **Money-Back** Guarantee

GET THIS COURSE

TRY IT WITH FREE TRIAL

Overview Credits Faculty Reviews

## OVERVIEW

Artificial intelligence has remained one of the most debated topics among corporate counsel and business leaders in the past 18 months, following the boom of generative AI and global race to regulate the impact and risks of these evolving technologies. As the patchwork quilt of state law, government enforcement agendas, and key rulings regarding AI continue to develop, cutting-edge policies and procedures remain a corporate imperative.

The panel will discuss key developments setting the stage for compliance and risk mitigation relating to artificial intelligence in the workplace. The program will benefit corporate counsel, compliance officers, business leaders, and human resources professionals in building their AI workplace toolkits.

**Learning Objectives:**

I. Review the array of common uses and risks of artificial intelligence in the workplace
II. Discuss landmark rulings and key cases to watch
III. Analyze new legislation targeting AI in the workplace
IV. Prepare for AI on the government enforcement radar
V. Identify what should be in your AI toolkit

**Exhibit B**