**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

KAMILAH JOLLY; DIEGO ALVAREZ-MIRANDA EZPELETA; and VAUGHN BOBB-WILLIS; individually and on behalf of all others similarly situated,

Plaintiff,

v.

FURTHERED, INC. d/b/a LAWLINE, INC.,

Defendant.

Case No. 1:24-cv-06401-LJL

(*consolidated with Case No. 1:24-cv-06709*)

Hon. Lewis J. Liman

**DECLARATION OF JOSHUA BRIONES IN SUPPORT OF DEFENDANT'S MOTION TO DISMISS PLAINTIFFS' AMENDED CLASS ACTION COMPLAINT**

I, Joshua Briones, make this declaration pursuant to 28 U.S.C. § 1746. I hereby state as follows:

1. I am a member with the law firm of Mintz, Levin, Cohn, Ferris, Glovsky and Popeo, P.C., counsel to Defendant FurtherEd, Inc. d/b/a Lawline ("Defendant") in the above-captioned action.

2. I respectfully submit this declaration in support of Defendant's Motion to Dismiss the Amended Class Action Complaint of Plaintiffs Kamilah Jolly; Diego Alvarez-Miranda Ezpeleta; and Vaughn Bobb-Willis (the "Motion"). Except for those matters set forth on information and belief, I make this declaration of my own personal knowledge. I could and would competently testify as to the matters set forth below if called upon to do so. As for the matters set forth on information and belief, I have been informed that they are true and, based upon such information, I believe them to be true.

3. The following documents are cited in the accompanying Memorandum of Law in Support of Defendant's Motion to Dismiss. A true and correct copy of each document is attached hereto.

4. Attached hereto as **Exhibit 1** is a true and correct copy of the webpage: Meta Pixel, Meta for Developers, available at https://developers.facebook.com/docs/meta-pixel, and obtained on January 2, 2025.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct. Executed on January 6, 2025 in Los Angeles, California.

Joshua Briones