UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| KAMILAH JOLLY; DIEGO ALVAREZ-MIRANDA EZPELETA; and VAUGHN BOBB-WILLIS; individually and on behalf of all others similarly situated,<br><br>        Plaintiffs,<br><br>v.<br><br>FURTHERED, INC. d/b/a LAWLINE, INC.,<br><br>        Defendant. | Case No. 1:24-cv-06401-LJL<br><br>**STIPULATION TO FILE SECOND AMENDED COMPLAINT** |

    IT IS HEREBY STIPULATED AND AGREED by counsel for Plaintiff and counsel for Defendant that pursuant to Fed R. Civ. P. 15(a)(2), Plaintiff will file a Second Amended Complaint by January 29, 2025. Defendant shall answer or otherwise respond to the Second Amended Complaint by February 28, 2025.

Dated:  January 28, 2025                                                   Respectfully submitted,

| | |
|---|---|
| */s/ Erin E. Galliher*<br>Erin E. Galliher<br>**MINTZ LEVIN COHN FERRIS GLOVSKY AND POPEO, P.C.**<br>919 Third Avenue<br>New York, NY 10022<br>Telephone: (212) 935-3000<br>Facsimile: (212) 983-3115<br>eegalliher@mintz.com | */s/Julie Holt*<br>Julie Holt<br>**Hedin LLP**<br>1395 Brickell Ave., Suite 610<br>Miami, Florida 33131-3302<br>Telephone: (305) 357-2107<br>Facsimile:  (305) 200-8801<br>jholt@hedinllp.com |

| | |
|---|---|
| Joshua Briones* <br> 2049 Century Park East. Suite 300 <br> Los Angeles, CA 90067 <br> Telephone: (310) 586-3200 <br> Facsimile: (310) 586-3202 <br> jbriones@mintz.com <br><br> Grecia Rivas-Rudra <br> 3580 Carmel Mountain Road, Suite 300 <br> San Diego, CA 92130 <br> Telephone: (858) 314-1514 <br> garivas@mintz.com <br><br> *Attorneys for Defendant* <br> *\* Pro Hac Vice Application Forthcoming* | **ALMEIDA LAW GROUP LLC** <br> Matthew J. Langley <br> New York Bar No. 4831749 <br> David S. Almeida <br> New York Bar No. 3056520 <br> 849 W. Webster Avenue <br> Chicago, Illinois 60614 <br> Tel: (312) 576-3024 <br> E: Matt@Almeidalawgroup.Com <br> E: David@Almeidalawgroup.Com <br><br> *Attorneys for Plaintiffs and the Putative Class* |