UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| KAMILAH JOLLY; DIEGO ALVAREZ-MIRANDA EZPELETA; and VAUGHN BOBB-WILLIS, individually and on behalf of all others similarly situated,<br><br>    Plaintiffs,<br>v.<br><br>FURTHERED, INC. d/b/a LAWLINE, INC.,<br><br>    Defendant. | Case No. 1:24-cv-06401-LJL<br><br>**NOTICE OF MOTION FOR WITHDRAWAL OF ARUN G. RAVINDRAN AS COUNSEL FOR PLAINTIFFS** |

  Plaintiffs, by and through the undersigned, hereby move this Court to allow the undersigned to withdraw as counsel of record in this matter because he is leaving employment at Hedin LLP. Counsel at Hedin LLP and Almeida Law Group LLC will remain as counsel of record. Counsel for Defendant consents to the relief sought herein.

Dated: January 31, 2025

               Respectfully submitted,

               By: /s/ Arun G. Ravindran

               Arun G. Ravindran
               **HEDIN LLP**
               1395 Brickell Avenue, Ste 1140
               Miami, Florida 33131
               Telephone: + 1 (305) 357-2107
               Facsimile: + 1 (305) 200-8801
               Email: aravindran@hedinllp.com

               *Counsel for Plaintiff and Putative Class*