## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| KAMILAH JOLLY; DIEGO ALVAREZ-MIRANDA EZPELETA; and VAUGHN BOBB-WILLIS; individually and on behalf of all others similarly situated,<br><br>            Plaintiffs,<br>   v.<br><br>FURTHERED, INC. d/b/a LAWLINE, INC.,<br><br>            Defendant. | Civil Action No. 1:24-cv-06401-LJL<br><br>**[PROPOSED ORDER] TO WITHDRAW AS COUNSEL** |

THIS CAUSE comes before the Court upon Plaintiffs' Motion to Permit Arun Ravindran, Esq. to Withdraw as Counsel of Record. The Court has considered the motion and the record.

It is thereupon: ORDERED AND ADJUDGED that the Plaintiff's motion is GRANTED. The Clerk of the Court is directed to remove Arun Ravindran, Esq. as attorney of record.

DONE AND ORDERED on this __ day of February 2025.

                                                  **BY THE COURT**:

                                                  _____
                                                  LEWIS J. LIMAN
                                                  United States District Judge