**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| KAMILAH JOLLY; DIEGO ALVAREZ-MIRANDA EZPELETA; and VAUGHN BOBB-WILLIS; individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br>v.<br><br>FURTHERED, INC. d/b/a LAWLINE, INC.,<br><br>Defendant. | Case No. 1:24-cv-06401-LJL<br><br>(*consolidated with Case No. 1:24-cv-06709*)<br><br>Hon. Lewis J. Liman |

**DECLARATION OF JOSHUA BRIONES IN SUPPORT OF DEFENDANT'S MOTION TO DISMISS PLAINTIFFS' SECOND AMENDED CLASS ACTION COMPLAINT**

I, Joshua Briones, make this declaration pursuant to 28 U.S.C. § 1746. I hereby state as follows:

1. I am a member with the law firm of Mintz, Levin, Cohn, Ferris, Glovsky and Popeo, P.C., counsel to Defendant FurtherEd, Inc. d/b/a Lawline ("Defendant") in the above-captioned action.

2. I respectfully submit this declaration in support of Defendant's Motion to Dismiss Plaintiffs' Second Amended Class Action Complaint of Plaintiffs Kamilah Jolly; Diego Alvarez-Miranda Ezpeleta; and Vaughn Bobb-Willis (the "Motion to Dismiss"). Except for those matters set forth on information and belief, I make this declaration of my own personal knowledge. I could and would competently testify as to the matters set forth below if called upon to do so. As for the matters set forth on information and belief, I have been informed that they are true and, based upon such information, I believe them to be true.

3. The following documents are cited in the accompanying Memorandum of Law in Support of Defendant's Motion to Dismiss. A true and correct copy of each document is attached hereto.

4. Attached hereto as **Exhibit 1** is a true and correct copy of the webpage: Meta Pixel, Meta for Developers, available at https://developers.facebook.com/docs/meta-pixel, and obtained on February 27, 2025.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct. Executed on February 28, 2025 in Los Angeles, California.

Joshua Briones

**CERTIFICATE OF SERVICE**

I hereby certify that on February 28, 2025, I caused the foregoing to be electronically filed with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the email addresses denoted on the Electronic Mail Notice List.

Joshua Briones