# HEDIN LLP

1395 Brickell Avenue, Suite 610
Miami, Florida 33131-3353
www.hedinllp.com

**Julie Holt**
(305) 357-2107
jholt@hedinllp.com

March 11, 2025

The Honorable Lewis J. Liman
United States District Judge
United States District Court for the Southern District of New York
500 Pearl Street
New York, NY 10007

**Re: Request for Extension of Deadlines –** *Jolly v. FurtherEd Inc. d/b/a Lawline*
**Case No. 1:24-cv-06401-LJL**

Dear Judge Liman,

Pursuant to Rule 1.D of the Court's Individual Practices, the Parties write to request an extension to the deadlines for Plaintiffs' responses and Defendant's replies to Defendant's Motion to Stay and Motion to Dismiss (ECF Nos. 35, 39).

Currently, Plaintiffs' responses are due March 14, 2025, and Defendant's replies are due March 21, 2025. The Parties agree to and request an extension of two weeks for both parties, making Plaintiffs' responses due March 28, 2025, and Defendant's replies due April 18, 2025. The Parties have not made any prior requests for extension with respect to these motions. This extension will not affect any other deadlines in the scheduling order. The next hearing set in this case is a status conference set for November 26, 2025.

Thank you for considering this request.

Respectfully submitted,

/s/ Erin E. Galliher
Erin E. Galliher
**MINTZ LEVIN COHN FERRIS GLOVSKY
AND POPEO, P.C.**
919 Third Avenue
New York, NY 10022
Telephone: (212) 935-3000
Facsimile: (212) 983-3115
eegalliher@mintz.com

Joshua Briones*
Grecia Rivas-Rudra*
2049 Century Park East. Suite 300

/s/Julie E. Holt
JULIE E. HOLT
**HEDIN LLP**
1395 BRICKELL AVE., SUITE 610
MIAMI, FLORIDA 33131-3302
TELEPHONE: (305) 357-2107
FACSIMILE:   (305) 200-8801
JHOLT@HEDINLLP.COM

**ALMEIDA LAW GROUP LLC**
MATTHEW J. LANGLEY
NEW YORK BAR NO. 4831749
DAVID S. ALMEIDA

Los Angeles, CA 90067
Telephone: (310) 586-3200
Facsimile: (310) 586-3202
jbriones@mintz.com

*Attorneys for Defendant*
*\* Admitted Pro Hac Vice*

NEW YORK BAR NO. 3056520
849 W. WEBSTER AVENUE
CHICAGO, ILLINOIS 60614
TEL: (312) 576-3024
E: MATT@ALMEIDALAWGROUP.COM
E: DAVID@ALMEIDALAWGROUP.COM

*Attorneys for Plaintiffs and the Putative Class*



1395 Brickell Avenue • Suite 610
Miami, Florida 33131-3353
(305) 357-2107 • www.hedinllp.com