## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| KAMILAH JOLLY; DIEGO ALVAREZ-MIRANDA EZPELETA; and VAUGHN BOBB-WILLIS; individually and on behalf of all others similarly situated,<br><br>            Plaintiffs,<br>  v.<br><br>FURTHERED, INC. d/b/a LAWLINE, INC.,<br><br>            Defendant. | Case No. 1:24-cv-06401-LJL<br><br>**SUBSTITUTION OF COUNSEL** |

TO THE COURT, ALL PARTIES, AND COUNSEL OF RECORD:

PLEASE TAKE NOTICE that, pursuant to Local Rule 1.4 of the Local Rules of the United States District Court for the Southern District of New York, **Erin Elizabeth Galliher, Esq., Grecia Rivas-Rudra, Esq. and Joshua Briones of MINTZ, LEVIN, COHN, FERRIS, GLOVSKY AND POPEO, P.C.**, hereby withdraw as counsel for defendant **FURTHERED, INC. d/b/a LAWLINE, INC.** and **Eric Kanefsky, Esq.** of **CALCAGNI & KANEFSKY, LLP** is hereby substituted as counsel for **defendant, FURTHERED, INC. d/b/a LAWLINE, INC.,** in the above-captioned matter.

| **CALCAGNI & KANEFSKY, LLP** | **MINTZ, LEVIN, COHN, FERRIS, GLOVSKY AND POPEO, P.C.** |
|---|---|
| Incoming Attorneys | Outgoing Attorneys |
| By: _/s/ Eric Kanefsky_<br>     Eric Kanefsky, Esq. | By: _/s/ Joshua Briones_<br>     Joshua Briones, Esq. |
| 75 Broad Street, Suite 17031<br>New York, NY 10004<br>T. (862) 772-8149<br>eric@ck-litigation.com<br>Dated:  March 14, 2025 | 2049 Century Park East, Suite 300<br>Los Angeles, CA 90067<br>T. (310) 586-3200<br><br>Dated:  March 14, 2025 |