**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| KAMILAH JOLLY; DIEGO ALVAREZ-MIRANDA EZPELETA; and VAUGHN BOBB-WILLIS; individually and on behalf of all others similarly situated,<br><br>　　　　　　　Plaintiffs,<br><br>　v.<br><br>FURTHERED, INC. d/b/a LAWLINE, INC.,<br><br>　　　　　　　Defendant. | Case No. 1:24-cv-06401-LJL<br><br>**ORDER GRANTING JOINT LETTER-MOTION TO STAY CASE PENDING SETTLEMENT NEGOTIATIONS** |

　　　The Court, after due consideration, grants the parties' Joint Letter-Motion to Stay Case Pending Settlement Negotiations, and orders:

1. This case, including discovery, and all pending deadlines are stayed until further order of the Court.

2. The parties shall file a joint status report 90 days after entry of this order.

　　　　　　　　　　　　　　　　SO ORDERED.

Date: _____ day of March 2025　　　_____
　　　　　　　　　　　　　　　　　　LEWIS J. LIMAN
　　　　　　　　　　　　　　　　　　United States District Judge