

**Erin E. Galliher**
+1.212.692.6233
EEGalliher@mintz.com

919 Third Avenue
New York, NY  10022
212 935 3000
mintz.com

March 25, 2025

<u>*Via Electronic Filing*</u>
The Hon. Lewis J. Liman U.S.D J.
U.S. District Court, Southern District of New York
500 Pearl Street, Courtroom 15C
New York, NY 10007

    Re:    *Kamilah Jolly, Diego Alvarez-Miranda Ezpeleta, individually and on behalf of all others similarly situated v. FurtherEd, Inc. d/b/a Lawline*
            Case No.: 1:24-cv-06401-LJL

Dear Honorable Judge Liman:

    This law firm previously appeared on behalf of Defendant FurtherEd, Inc. d/b/a Lawline ("Defendant") in the above-referenced consolidated matter.

    On March 14, 2025, the Court approved the Substitution of Counsel (ECF 43) which allowed this law firm to withdraw as counsel for Defendant.  Eric Kanefsky of Calcagni & Kanefsky, LLP is substituted as counsel for Defendant.

    We respectfully request that we be removed from future notices of electronic filing.  Thank you in advance for your time and attention to this matter.

    Respectfully submitted,

    MINTZ LEVIN COHN FERRIS GLOVSKY AND POPEO, P.C.
    By: */s/ Joshua Briones*
    Joshua Briones*
    Grecia Rivas-Rudra*
    Erin E. Galliher
    jbriones@mintz.com
    grivas@mintz.com
    eegalliher@mintz.com

    *Attorneys for Defendant FurtherEd, Inc. d/b/a Lawline*

    *\*Admitted Pro Hac Vice*

VIA ECF:    All Counsel