**Erin E. Galliher**
+1.212.692.6233
EEGalliher@mintz.com



**MINTZ**

919 Third Avenue
New York, NY 10022
212 935 3000
mintz.com

March 25, 2025

**SO ORDERED.**

*[signature]*

LEWIS J. LIMAN
United States District Judge

March 26, 2025

<u>*Via Electronic Filing*</u>
The Hon. Lewis J. Liman U.S.D J.
U.S. District Court, Southern District of New York
500 Pearl Street, Courtroom 15C
New York, NY 10007

    Re:    *Kamilah Jolly, Diego Alvarez-Miranda Ezpeleta, individually and on behalf of all others similarly situated v. FurtherEd, Inc. d/b/a Lawline*
              Case No.: 1:24-cv-06401-LJL

Dear Honorable Judge Liman:

    This law firm previously appeared on behalf of Defendant FurtherEd, Inc. d/b/a Lawline ("Defendant") in the above-referenced consolidated matter.

    On March 14, 2025, the Court approved the Substitution of Counsel (ECF 43) which allowed this law firm to withdraw as counsel for Defendant. Eric Kanefsky of Calcagni & Kanefsky, LLP is substituted as counsel for Defendant.

    We respectfully request that we be removed from future notices of electronic filing. Thank you in advance for your time and attention to this matter.

                                     Respectfully submitted,

                                     MINTZ LEVIN COHN FERRIS GLOVSKY AND POPEO, P.C.
                                     By: */s/ Joshua Briones*
                                     Joshua Briones*
                                     Grecia Rivas-Rudra*
                                     Erin E. Galliher
                                     jbriones@mintz.com
                                     grivas@mintz.com
                                     eegalliher@mintz.com

                                   *Attorneys for Defendant FurtherEd, Inc. d/b/a Lawline*

                                   **Admitted Pro Hac Vice*

VIA ECF:    All Counsel