THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| KAMILAH JOLLY, VAUGHN BOBB-WILLIS, and DIEGO ALVAREZ-MIRANDA EZPELETA, i*ndividually and on behalf of all others similarly situated*,<br><br>Plaintiffs,<br>v.<br><br>FURTHERED, INC. d/b/a LAWLINE, INC.,<br><br>Defendant. | NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE PURSUANT TO FED. R. CIV. P. 41(a)(1)(A)(i)<br><br>Case No. 1:24-cv-06401-LJL<br><br>Judge: Hon. Lewis J. Liman |

## NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE
## PURSUANT TO FED. R. CIV. P. 41(a)(1)(A)(i)

NOTICE IS HEREBY GIVEN that pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), Plaintiffs Kamilah Jolly, Vaughn Bobb-Willis, and Diego Alvarez-Miranda Ezpeleta ("Plaintiffs"), voluntarily dismiss the causes of action against Defendant FurtherEd, Inc. d/b/a Lawline, Inc. ("Defendant") in the above-captioned action as to any and all claims that were or could have been asserted by Plaintiffs against Defendant with prejudice.

DATED: June 9, 2025

/s/ *Matthew J. Langley*
Matthew J. Langley
David S. Almeida
**ALMEIDA LAW GROUP**
849 W. Webster Avenue
Chicago, IL 60614
Tel.: (708) 529-5418
matt@almeidalawgroup.com
david@almeidalawgroup.com

Julie Holt<br>
**HEDIN LLP**<br>
1395 Brickell Avenue, Suite 610,<br>
Miami FL 33131<br>
Tel.: (305) 357-2107<br>
jholt@hedinllp.com

**CERTIFICATE OF SERVICE**

I hereby certify that on June 9, 2025, I electronically filed the foregoing document(s) using the Court's electronic filing system, which will notify all counsel of record authorized to receive such filings.

/s/ *Matthew J. Langley*
Matthew J. Langley
David S. Almeida
**ALMEIDA LAW GROUP**
849 W. Webster Avenue
Chicago, IL 60614
Tel.: (708) 529-5418
matt@almeidalawgroup.com
david@almeidalawgroup.com